IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.R.M, by and through her mother, and guardian, SHERRI L. MCNAIR, Plaintiff, | : : : : | CIVIL ACTION |
| v. | : : | NO. 19-cv-2942 |
| ANDREW M. SAUL, Commissioner of Social Security, Defendant. | : : : : | |

## ORDER

AND NOW, this __19TH__ day of March, 2020, upon consideration of Plaintiff's Request for Review (ECF No. 10) and Defendant's Response (ECF No. 13), IT IS ORDERED that:

1. Plaintiff's Request for Review is DENIED; and

2. Judgment is entered in favor of the Defendant.


BY THE COURT:


  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge